IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DIANE L. ESTES,** )
)
    Plaintiff, )
)
v. ) Civil No. **05-741-DRH**
)
**HEALTH VENTURES of** )
**SOUTHERN ILLINOIS,** )
)
    Defendant. )

# ORDER

**PROUD, Magistrate Judge:**

Before the court is plaintiff's Motion to Quash Deposition. **(Doc. 41)**. Defendant has filed a response. **(Doc. 42)**.

Defendant has served notice to take the deposition of Lynn Byrd, a former employee of defendant, on Monday, November 6, 2006. Plaintiff moves to quash because plaintiff's counsel is unavailable on that date and because of the attorney-client issues raised in various motions now under submission.

The privilege issues are resolved by orders entered by the court on various motions today. In addition, the court has extended the deadline for completion of discovery. The parties should schedule the deposition at a mutually agreeable time, to be conducted in light of rulings on the attorney-client privilege issues.

Upon consideration and for good cause shown, plaintiff's Motion to Quash Deposition. **(Doc. 41)** is **GRANTED**.

    **IT IS SO ORDERED.**

    **DATE: November 3, 2006.**

                              **s/ Clifford J. Proud**
                              **CLIFFORD J. PROUD**
                              **UNITED STATES MAGISTRATE JUDGE**