IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DIANE ESTES,**

    **Plaintiff,**

    vs.         Cause No. 05-741 DRH

**HEALTH VENTURES OF
SOUTHERN ILLINOIS**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

June 21, 2007          By: s/Patricia Brown
                                                  Deputy Clerk

APPROVED: /s/ David R Herndon
                   **U.S. DISTRICT JUDGE**